IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. CORRIGAN, *et al.*, | ) | CASE NO. 1:03 CV 1835 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | MAGISTRATE JUDGE McHARGH |
| v. | ) | |
| | ) | |
| USX CORPORATION, *et al.*, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's Memorandum Opinion filed October 14, 2005, the Court grants Defendants USX Corporation and Kobe Steel, Ltd.'s motions for summary judgment.

IT IS SO ORDERED.

s/ Kenneth S. McHargh  
Kenneth S. McHargh  
United States Magistrate Judge

Date:  October 14, 2005